**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10164 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-01363-SRB |
| v. | |
| INDALECIO CASTRO-PONCE, a.k.a. Chito, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted February 24, 2016[**]

Before:    LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Indalecio Castro-Ponce appeals from the district court's judgment and

challenges the 216-month sentence imposed upon resentencing, following his jury-

trial conviction for conspiracy to possess with intent to distribute

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Castro-Ponce's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Castro-Ponce has filed a pro se supplemental brief.  No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  We do not consider Castro-Ponce's pro se challenges to his conviction, which was previously affirmed by this court.  *See United States v. Castro-Ponce*, No. 13-10377, 2014 WL 5421584 (9th Cir. Oct. 24, 2014).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

15-10164